**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed September 8, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00590-CV

---

### IN RE TARGA CHANNELVIEW, LLC, Relator

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
80th District Court
Harris County, Texas
Trial Court Cause No. 2018-90859**

---

## MEMORANDUM OPINION

On August 26, 2020, relator Targa Channelview, LLC filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Larry Weiman, presiding judge of the 80th District Court of Harris County, to vacate his August 21, 2020 order overruling Targa's objection to trial by videoconference and denying relator's opposed motion for continuance of the trial.

Relator's requests for relief are not ripe for our review. *See Mayhew v. Town of Sunnyvale*, 964 S.W.2d 922, 924 (Tex. 1998) ("Ripeness is an element of subject matter jurisdiction.")   Accordingly, we dismiss relator's petition for writ of mandamus for lack of jurisdiction.


PER CURIAM

Panel consists of Justices Spain, Hassan, and Poissant.